■ THE PEOPLE OF THE STATE OF NEW YORK v. LEONARD ROSENFELD, PHILIP J. BUCKLES and JAMES KELLY.— Motions by defendants-appellants to dispense with printing granted only insofar as to permit the appeal to be heard upon the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, but upon printed appellants' points; the original record and appellants' printed points to be filed with this court, on or before December 31, 1960, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HARRIS.— Motion for an enlargement of time granted, and the defendant-appellant's time within which to perfect his appeal is enlarged to the March 1961 Term of this court. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST REED.— Motion for an enlargement of time granted and the time within which the appeal may be perfected is enlarged to the March 1961 Term of this court. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK WALKER.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RAYMOND DEEGAN.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney, Bronx County, and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court and on the further condition that the appeal be perfected and noticed for argument for a term on or before the February 1961 Term of this court. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT S. SIEGAL, on Behalf of ARNOLD SCHILDHAUS, v. EDWARD DROS, as Warden.— Motion for an order requiring relator to accept service of the notice of appeal denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ REVLON, INC., v. IRVING JACOBS et al., Individually and as Copartners. — Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ HARWYN PUBLISHING CORPORATION v. GREAT AMERICAN INSURANCE COMPANY. BUD NORTON ASSOCIATES, INC., et al.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated September 20, 1960 is continued pending the hearing and determination of the appeal. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ BELDAY CORPORATION v. ACME AIR APPLIANCE CO., INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal·and appellant's points to be served and filed on or before November 3, 1960, with notice of argument for November 15, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before November 9, 1960. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.